# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Immigration Lawyers Association,<br>1331 G Street, NW Suite 300<br>Washington, D.C. 20005-3142<br><br>                    Plaintiff,<br><br>  v.<br><br>U.S. Department of Homeland Security<br>c/o Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485<br><br>U.S. Citizenship and Immigration Services<br>c/o Office of the General Counsel<br>245 Murray Lane, SW<br>Mail Stop 0485<br>Washington, DC 20528-0485<br><br>                   Defendants. | Case No. 1:20-cv-00897<br>Date:      06/12/2020 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, American Immigration Lawyers Association, hereby voluntarily dismisses this action without prejudice.

                                              Respectfully Submitted,

                                              /s/Jesse M. Bless

                                              Jesse M. Bless (D.D.C. Bar No. MA0020)
                                              American Immigration Lawyers Association
                                              1301 G Street, NW Ste. 300
                                              Washington, D.C. 20005-3142
                                              (781) 704-3897
                                              jbless@aila.org